RAYMOND BURNASH, Appellant, v. WILLIAM DUNN et al., Respondents. EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN, Appellant,

v. WILLIAM DUNN et al., Respondents.— Motion for reargument denied, without costs.